**Exhibit A to the Complaint**

**Location:** San Antonio, TX  
**Total Works Infringed:** 54  
**IP Address:** 97.105.198.166  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: B793940543D358E4E98E505ECFBBACFD08822FD7<br>File Hash: 8968ADCD73B367D940CDE0DBA6555B02983C15747B098605A9F81347B6B349F5 | 02-16-2022 21:17:13 | Blacked | 11-13-2021 | 12-09-2021 | PA0002325812 |
| 2 | Info Hash: 2AFB6BB30416C5FA06AF8648FDC3CB2E9AE9171B<br>File Hash: B5F3A600958B723AD756C1824A61F32D79C2951D7DE7885026524896D4719DE7 | 02-15-2022 16:23:37 | Tushy | 11-17-2017 | 01-04-2018 | PA0002069336 |
| 3 | Info Hash: 9B8B2EBF25D6ED3D3BF6C67630AF000456238F4F<br>File Hash: 36087E06A2BE38D3F85AFF1DC5AE28FB38266DD0787814822F2B9AD712292DCA | 02-11-2022 23:15:26 | Tushy | 08-15-2021 | 08-23-2021 | PA0002308401 |
| 4 | Info Hash: 1F373E5240DFAE68609CB028CD106C5FA37FF090<br>File Hash: D4A58C997898603E58DFB6138667C0B3F05A0E3646DC7857CE55A3E8C403AE92 | 02-11-2022 23:15:22 | Blacked | 07-31-2021 | 08-23-2021 | PA0002308430 |
| 5 | Info Hash: 396A3F317A157059E7610838BA2088DE98256DFE<br>File Hash: BB099378DCD005C047DCD6E604E84641D76658FF25BCBE2111D4FE11A6D8C22E | 02-11-2022 23:12:40 | Vixen | 10-08-2021 | 11-11-2021 | PA0002321269 |
| 6 | Info Hash: 2DC344712C8F024DE66D424B020B8A8F09019E96<br>File Hash: E7A8D7A416AA126BB19FDF009BE591C0E69744D35513B10E00022959DB1C4A49 | 02-11-2022 23:11:28 | Blacked | 03-31-2019 | 05-28-2019 | PA0002200773 |
| 7 | Info Hash: 258A333186260AC7DE6EEFC19E6A53AB6FDB3F27<br>File Hash: 4BC166B220C589E13AA09A8778779D95155F0AEE33FE2033B06D11C826B8C9F9 | 02-10-2022 16:36:22 | Blacked Raw | 07-20-2020 | 08-11-2020 | PA0002252263 |
| 8 | Info Hash: 3F7A58CB23490FDDB2ADC57E7E624E25A646BDB9<br>File Hash: B8DDC515906DCCB25325ED0CD066DE4D2FCCCAFA7B61E27002E04E026514CD19 | 02-09-2022 21:03:36 | Tushy | 11-07-2021 | 11-11-2021 | PA0002321317 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 1D40D2F4C8ABDEDAE37F420DB83EA3292C19945F<br>File Hash: BE411066F439186D926133B7354D9384F60BC1C6F984C37A97F708E0C850D68E | 01-21-2022 17:03:01 | Tushy | 03-17-2018 | 04-17-2018 | PA0002116750 |
| 10 | Info Hash: 2DA36A3CD15B020971C286DC1C831389344084B8<br>File Hash: 49BC9821179393194AC142968606EF6DB92DB1228751796E27A9BDB4A66A6BE0 | 01-21-2022 17:02:54 | Tushy | 10-13-2018 | 11-01-2018 | PA0002143435 |
| 11 | Info Hash: 5D0B4AD468484FBE8B14C3EDE83C0059A3B500FC<br>File Hash: 5D52B81B4CD702783EF137C80FCA97DEFE10239686FCA3DDA9666FA8BE103EBD | 01-14-2022 17:15:16 | Blacked | 06-05-2021 | 06-15-2021 | PA0002296924 |
| 12 | Info Hash: 86609AEE90D51A0CC998BC283178D88A87EF1E99<br>File Hash: AAE0D0DE3B4C45CFF4784E94CFE3C4064820E4417F9D87874006EC01ACD20533 | 01-10-2022 21:27:55 | Tushy | 01-09-2022 | 01-17-2022 | PA0002330112 |
| 13 | Info Hash: C1DC6E82BC15B4E0AD4A198C4217893BBA781BB6<br>File Hash: 26AF5C1EE99EF41879DDBC44375EC5DCBCB303B4EDCFB05F8B356DBDA3219ECB | 12-23-2021 21:23:43 | Tushy | 09-26-2021 | 10-19-2021 | PA0002317053 |
| 14 | Info Hash: 6E20E0E16CE8B973010840BFA905CB4DA48A69AC<br>File Hash: 1292FE02CAAE73D8A37AEB92B7B74538D4642ECDB94108DA4F9CC4F49AD322BA | 12-21-2021 23:26:35 | Blacked Raw | 12-20-2021 | 01-17-2022 | PA0002330107 |
| 15 | Info Hash: 092F1ADDDE8098D95DD1A5424B7EB30611A0AB1D<br>File Hash: 08D01A9C61D4CBA1C223AB01F8C5AF3FC70A25CA2F232300EC1F4D24CF56328D | 12-02-2021 18:44:34 | Tushy | 02-05-2019 | 02-22-2019 | PA0002155146 |
| 16 | Info Hash: 46934C338F305089892AD7F7A5ED5FC2315A5404<br>File Hash: D2B44AAAA640E9F28167E81959F6EE3B37C093CCA65A7B9034A59D1A0A2E7E58 | 11-22-2021 21:51:41 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |
| 17 | Info Hash: D6C8E7724B4143D8382184F96588CABD68CF2897<br>File Hash: 671AE55755DDEBDEAB73533FDC0DE64FA6A35232EA2E843AEB92F6E3A93E7FD3 | 11-22-2021 21:49:04 | Tushy | 11-21-2021 | 12-09-2021 | PA0002325830 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: DE2A31DEAF7DE642D1A76E3E43D4505CF47F8C04<br>File Hash: EAEB2C8533BDDF599E638D39F482EC672B1D7373A45661F686ADE3CD7D0B0E82 | 09-20-2021 17:50:44 | Blacked Raw | 11-02-2020 | 11-24-2020 | PA0002265968 |
| 19 | Info Hash: 36986D5D7354704E7A6E727BA45636BB9D908B44<br>File Hash: F8F4A337125A281C607378263488708882DFA243B32A33B07083319E5CCA4B08 | 08-30-2021 19:41:44 | Vixen | 04-30-2021 | 06-03-2021 | PA0002299685 |
| 20 | Info Hash: FCFC70C00E4BAB930DD9775586D2538C0CE15C90<br>File Hash: 4311BB3DDD9B83237ACB24A5823DD774C6B208F83E026B97EC23C1839B33406A | 08-02-2021 16:54:34 | Tushy | 08-01-2021 | 09-30-2021 | PA0002320423 |
| 21 | Info Hash: 0AEBF23CABB8EF51AE807AC9E2DBABC277C652EF<br>File Hash: 42BFBE60A2CBA92E29939C594A5F65F327FC3ACC08927796BDDE5A6FAEB41D6D | 07-30-2021 20:10:35 | Vixen | 07-30-2021 | 08-20-2021 | PA0002312017 |
| 22 | Info Hash: 60039FC86B2C6DF9E1097988BDA1B11D65ED6CA6<br>File Hash: B57AC324B7326E069C88B5A4A5C94E0CB0195431879775AF8B9E2A476DD9EAD1 | 07-30-2021 15:26:09 | Blacked | 01-25-2020 | 02-20-2020 | PA0002229054 |
| 23 | Info Hash: 4C4D277A40036C190CCFDDDF8B76E243D25F6D37<br>File Hash: 4EB9FCBEBC376A05C29B4F19D8073EB83169AC9893DBF6B4C8555D270A41F5F8 | 07-02-2021 20:44:43 | Vixen | 07-02-2021 | 08-20-2021 | PA0002312015 |
| 24 | Info Hash: DE840BFDFE0804CD454CD847D7BB9F4599494DD3<br>File Hash: 8F6C453740B37D5E62E645F7B122857B20C711154CF03D4597B1C3C020D30F52 | 06-30-2021 15:53:31 | Blacked Raw | 08-20-2019 | 09-13-2019 | PA0002200701 |
| 25 | Info Hash: 8CDF26D3FCBD29F43EF01A0B778A22363C055D2D<br>File Hash: 8FFBDCE4CD49D3CE14A39CF72A41F94E66AEC621EB95B3ECB5E889B5BBED7DCE | 06-25-2021 17:10:57 | Blacked Raw | 04-22-2019 | 06-03-2019 | PA0002178771 |
| 26 | Info Hash: 6E2CCB0D6151A9313FD989EBD1E9C664C75DB9E8<br>File Hash: 4A0841050290F8B54E474A8CB711FB28E16D276A25EA6244FC2660BF0E925D9F | 06-04-2021 18:48:46 | Tushy | 06-14-2020 | 06-25-2020 | PA0002255507 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: A95C29B66CDC4230E2478643F8C45740D59EE27C<br>File Hash: FF729736D7C785ECDCF6FD93AA75BE4B55FB5D196AC6562C2E5C17007ED6D206 | 05-17-2021 20:09:51 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |
| 28 | Info Hash: BCB0DD55AB82CCDD6E1A80DAB194EDB0868F0449<br>File Hash: 1600CC87C4530C609205CFBAFA660F6B39499F0B9D00742383B63A9046DBF769 | 05-17-2021 15:27:11 | Tushy | 05-16-2021 | 06-09-2021 | PA0002295592 |
| 29 | Info Hash: 3A9203AA0D8FD7FD6601DEAB645C36DA08F2785B<br>File Hash: 71AF15AAFDD8A4D709DC8ECD3C4CD637D9700AC4CD69CB3586B8B75AFB31E8B0 | 05-10-2021 19:27:35 | Blacked | 10-22-2017 | 11-21-2017 | PA0002063627 |
| 30 | Info Hash: D235765CD6084DADF4D07A4C3FDD292B8D0C3FF7<br>File Hash: CF5FB70A15A302ADB5C7DC51AA916F5E8F5D7D52373FBEEAB74056948FEF6203 | 05-07-2021 19:01:53 | Blacked | 08-03-2019 | 09-10-2019 | PA0002199412 |
| 31 | Info Hash: 22E9B5E99DFCC25B0B88EC5808E79CE9465F13AF<br>File Hash: F3427D64E9CC78CAC7EB5F82BE3CFF9DF35AF996F2291D0B92E8586BE2E9B9D5 | 05-03-2021 20:17:24 | Blacked | 05-01-2021 | 06-09-2021 | PA0002295604 |
| 32 | Info Hash: 1528F35B41E3C49B5F906843D133A76CA4C0D6FD<br>File Hash: 9B4EA1970BCAAE9BD9486BF7091CF765F1DC59A9C5B4983205F4DD7CE3894CB7 | 04-26-2021 18:41:42 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 33 | Info Hash: 4E09CCA0246A2BF6989481994B04C0BC7C6B8180<br>File Hash: B3E7D4C69B1947521E58A91246227A44788A1F197CE0E0769394DEEE8A56BB4D | 04-23-2021 18:26:41 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 34 | Info Hash: 5A425FDB7FFB5049E12D808FDDA461C2F7407B34<br>File Hash: DF4B0D288618658DC49EB26217CF1544419BC25A96680CB513E8090162FC6E52 | 04-19-2021 19:23:22 | Blacked Raw | 06-22-2020 | 07-16-2020 | PA0002248579 |
| 35 | Info Hash: 95A3DECE5EC8D5054246C70C2570B75AC391109D<br>File Hash: 1D8999111B84856875E62BC69176F317D7EA4DF357CF7FBA23F12BCAD7113D71 | 03-29-2021 20:51:03 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 425FF155725DD3E959E33F69FCE7408C51FBA5E5<br>File Hash: 866314546C5B196E586A53A42C74AE7F8418B72428FB83F019552A760A8E2A6F | 03-22-2021 15:32:58 | Vixen | 06-12-2020 | 06-25-2020 | PA0002256359 |
| 37 | Info Hash: 43A8AB6E80956391E3943858A0B47E1FD106C7B3<br>File Hash: EAFDBDE4FE4569DB61BB6DA689D6BCF4048536B068DB2E7F9436198EC61D0413 | 03-15-2021 20:04:27 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |
| 38 | Info Hash: AEAA45C76743CB9B99B6B3487398E9FCD3BB350D<br>File Hash: 948A11C658DF179B7D3F859B11D03C23D7E1B160192066D43C2A3050C2D42536 | 03-15-2021 20:00:57 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |
| 39 | Info Hash: A7F1171CFACE35002A796CC7428B8304B4D2F335<br>File Hash: 997739CDCA49570ACD6F62ED8DA696908D68B6C43D24AF15EE3A11422344A509 | 03-01-2021 22:50:35 | Blacked Raw | 03-01-2021 | 03-08-2021 | PA0002280355 |
| 40 | Info Hash: 23C099587364D24CD3E3191EBF4095ABB776CDB1<br>File Hash: 0C2FFBACBB8AB1CF5067CB78DAF27D8139D39A6BEAB9EC415F53A9054CC827FD | 03-01-2021 21:55:50 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |
| 41 | Info Hash: 5EA1CEDFD4BE9576CDFC7164EC71A2854CBFE95B<br>File Hash: 19B7648336A0AB740B87093BD080CCAEC8B990B2083C3E21389D741846334EA5 | 03-01-2021 21:38:55 | Tushy | 02-28-2021 | 03-22-2021 | PA0002282501 |
| 42 | Info Hash: F8213F9DB7D07DBD0345C88E204F5FE759E81CBD<br>File Hash: 51750D5782B2BAC8B6C72B9CEA550F0AED898C257F904FC71184A36D31E6523D | 02-23-2021 00:41:43 | Vixen | 03-27-2020 | 04-17-2020 | PA0002246166 |
| 43 | Info Hash: BD43581121484F30AA276489534683C369352F74<br>File Hash: 42BFA57239AC6310293F89186960CE0FBAB1526442CDDA853D6141F6A6EFCD68 | 02-19-2021 18:16:46 | Blacked Raw | 02-16-2019 | 03-11-2019 | PA0002158595 |
| 44 | Info Hash: 2BE97DFA49EF767D94E4040239C494349D409C46<br>File Hash: EBECDE01923BC5F8B50C0700F6BD81D8A5DCE5C823A61C812B675ED1D9613424 | 02-01-2021 17:19:50 | Blacked | 01-30-2021 | 02-26-2021 | PA0002283695 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: A488CCED7B7DF5E4E02ABC84F2138ABC91CDC652<br>File Hash: 145EEF9AC86708A3384D0B4CCC5C792DD570C4B2348746F6EBE1CD494D286A55 | 01-28-2021 20:34:34 | Blacked Raw | 05-04-2020 | 05-19-2020 | PA0002241475 |
| 46 | Info Hash: 1A6E758B880B06604EF42682E3A1C603FAD2D22B<br>File Hash: 0F5E8CB6904F97C4C3BCA128BC2BAC1C269851A9CB76985D5B2C6E5B4BDDB11B | 01-28-2021 20:30:41 | Blacked | 03-21-2020 | 04-15-2020 | PA0002246170 |
| 47 | Info Hash: C8EFA09EF1CAEC72B25969BB84371884337D26B7<br>File Hash: 2B48BF80994FE8ADD80272D319EFE665CE200431FF0D0EF916F6280B3D97D1A3 | 01-26-2021 17:34:09 | Vixen | 07-13-2017 | 08-10-2017 | PA0002046873 |
| 48 | Info Hash: B5803BD427ED0B817573FEADA5AB0BAC06A75660<br>File Hash: 6860798CD1239976A06AE12814D40F67C889567CD353D0C487DF6C4A91A4CF5E | 01-25-2021 17:01:25 | Tushy | 09-28-2019 | 10-21-2019 | PA0002207776 |
| 49 | Info Hash: C9B2C936E84E86DBF516697F9C00ACFE737485D1<br>File Hash: 41B2536CC05F3384CD47E42A21E8BEC81612F6CE186CF284BDD5B85A624E09D6 | 01-18-2021 16:42:18 | Vixen | 08-12-2017 | 08-17-2017 | PA0002048373 |
| 50 | Info Hash: 2956C3F6D2FEB3CDA0CAFB124CAB6E5BAB068630<br>File Hash: 4621449F9BE6EA6425237691494CDAC5C8ACABA26FDA86F299B2827BA5CAEE64 | 01-08-2021 21:37:01 | Blacked Raw | 04-17-2018 | 05-23-2018 | PA0002101308 |
| 51 | Info Hash: 330A8B33344821ABBA0EBCA992FFF975CDDBE1EF<br>File Hash: 50A6B55F462056F39EB6959B255BD4E4EC371FF03BE75FBB0B5AD8BDA9585848 | 01-08-2021 17:26:30 | Vixen | 10-16-2018 | 10-28-2018 | PA0002130458 |
| 52 | Info Hash: 25B21825FDDD326285817D5BFE5C8D177C46F514<br>File Hash: F21F94696B0F2A2652945488B0FBD0909454D758FA49D86F8B18992263EEC560 | 01-05-2021 22:07:10 | Blacked Raw | 06-26-2018 | 08-07-2018 | PA0002131867 |
| 53 | Info Hash: 1BC8C1ADCAA75C3EC9408C8CCBF5147863205E6C<br>File Hash: 94A15DB252E3314B361CF8CB9EED99A5F740F31889D0713F562DD49D1050B59C | 12-30-2020 19:39:14 | Tushy | 09-03-2017 | 09-15-2017 | PA0002052851 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 3A54C2D1498FBCEFB12D88C3A8679662FE0B440B<br>File Hash: 49478B9A5A0DE609D68FCF73946C83E36F6A895193143EF44BF6C2F82582A5C3 | 12-28-2020 20:53:38 | Blacked | 08-23-2019 | 09-11-2019 | PA0002199989 |